# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LEIGH ANNE SHIPMAN                                                                                              PLAINTIFF

v.                                              No. 4:13CV00448 JLH

DEPARTMENT OF VETERANS
AFFAIRS, *et al.*                                                                                                      DEFENDANTS

## ORDER

Leigh Anne Shipman is an employee of the Department of Veterans Affairs. She brings this employment discrimination action against the Department of Veterans Affairs, Eric K. Shinseki, the Secretary of Veterans Affairs in his official capacity, and three managerial employees of that department in their individual and official capacities. She alleges claims under Title VII of the 1964 Civil Rights Act and the Arkansas Civil Rights Act. The defendants have filed a partial motion to dismiss, contending that the sole remedy for Shipman's claims is an action under Title VII, 42 U.S.C. § 2000e-16, and that the only proper defendant is the Secretary of the Department of Veterans Affairs in his official capacity. 42 U.S.C. § 2000e-16(c).

The defendants filed their motion on February 5, 2014. Shipman filed a motion for an extension of time, which the Court granted, extending her time to respond to the partial motion to dismiss up to and including March 5, 2014. Despite this extension, Shipman has not filed a response.

The defendants' motion is granted. The exclusive judicial remedy for claims of discrimination in federal employment lies in 42 U.S.C. § 2000e-16. *Brown v. General Services Administration*, 425 U.S. 820, 835, 96 S. Ct. 1961, 1969, 48 L. Ed. 2d 402 (1976). That statute provides that in a civil action, the proper defendant is the head of the department, agency, or unit. 42 U.S.C. § 2000e-16(c). Individual employees cannot be held liable under Title VII. *Bonomolo-Hagen v. Clay Central-Everly Cmty. Sch. Dist.*, 121 F.3d 446, 447 (8th Cir. 1997).

The defendants' partial motion to dismiss is therefore GRANTED. Document #8. All of Shipman's claims are dismissed except her claims pursuant to 42 U.S.C. § 2000e-16 against Eric K. Shinseki in his official capacity as Secretary of Veterans Affairs.

IT IS SO ORDERED this 13th day of March, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE